UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40287
Summary Calendar
_____

RUBEN CANCINO,

Plaintiff-Appellant,

versus

KENNETH S. APFEL,
Commissioner of Social Security,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-97-CV-302
_____

November 26, 1999

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Ruben Cancino appeals from the district court's judgment affirming the denial of his applications for disability insurance benefits and supplemental security income. He argues that the administrative law judge (the "ALJ") failed to give proper consideration to his complaints of pain and the treating physician's reports, that the ALJ's hypothetical to the vocational expert disregarded the medical evidence, and that substantial evidence does not support the ALJ's finding that he experienced improvement in his medical condition after April 19, 1993. A

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

review of the record shows that the ALJ's decision that Cancino was not disabled is supported by substantial evidence on the record as a whole.  See Anthony v. Sullivan, 954 F.2d 289, 292 (5th Cir. 1992).  Accordingly, the judgment of the district court is

A F F I R M E D.

2